**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7723

OSBORNE WYNN, JR.,

Plaintiff - Appellant,

versus

GENE M. JOHNSON, Director, Virginia Department
of Corrections; HELEN F. FAHEY, Chairman,
Virginia Parole Board; DORIS L. EWING, Senior
Manager Court and Legal Service,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. M. Hannah Lauck, Magistrate
Judge. (CA-04-827)

Submitted: April 26, 2006        Decided: June 28, 2006

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Osborne Wynn, Jr., Appellant Pro Se. Richard Carson Vorhis, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Osborne Wynn, Jr., appeals the magistrate judge's order[*] dismissing his 42 U.S.C. § 1983 (2000) action for failure to state a claim upon which relief may be granted.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the magistrate judge.  See Wynn v. Johnson, No. CA-04-827 (E.D. Va. Oct. 24, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The case was decided by a magistrate judge with the consent of the parties.  See 28 U.S.C. § 636(c) (2000).